IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| $13,486.00 UNITED STATES CURRENCY | ) ) |
| and | ) Case No. 08-CV-00751 ) |
| ONE 2000 LINCOLN LS, VIN 1LNHM86S7YY926239, | ) ) ) ) |
| Defendants. | ) ) |

CERTIFICATE OF REASONABLE CAUSE

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendant conveyance, in that it was subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4) and (6).

Executed this 21st day of October 2009.

*Barbara B Crabb*
BARBARA B. CRABB
United States District Judge