IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| $13,486.00 UNITED STATES CURRENCY | ) ) Case No. 08-CV-00751 |
| and | ) ) |
| ONE 2000 LINCOLN LS, VIN 1LNHM86S7YY926239, | ) ) ) |
| Defendants. | ) ) |

ORDER FOR DISMISSAL

Upon application of the United States of America and review of the entire file, this case is dismissed without prejudice.

ORDERED this _21st_ day of October 2009.

*Barbara B Crabb*
BARBARA B. CRABB
Chief United States District Court Judge