IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                 Plaintiff,

     v.

$13,486.00 UNITED STATES CURRENCY

and

ONE 2000 LINCOLN LS,
VIN 1LNHM8657YY92639,

                 Defendants.

ORDER

08-cv-751-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Claimant Corey Thomas has written to the court to say that he wishes to file a motion for reconsideration in this closed forfeiture case.  He adds that it is his understanding that he cannot file such a motion because his criminal case is on appeal.  In fact, the two cases are separate.  This case was closed on October 22, 2009, when the court granted the United States Attorney's motion to dismiss the proceeding.  According to the docket sheet, Assistant United States Attorney Elizabeth Altman moved to dismiss on the ground that the forfeiture dispute had been resolved in connection with the pending criminal case against

1

claimant, <u>United States v. Thomas</u>, 08-cr-87-bbc.

Claimant is not barred by his appeal in the criminal case from filing any motion in this case.  I express no opinion about the likelihood of success on a motion to reconsider in the forfeiture case, but I would advise claimant to consult with his appellate counsel, who represented him in this case and in his criminal case before he files any motion.

Entered this 8th day of April, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge